

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00416-CR

| | | |
|---|---|---|
| Robert Othella James Lewis a/k/a Robert Lewis | § | From the Criminal District Court No. 1 |
| | § | of Tarrant County (1299359D) |
| | § | March 12, 2015 |
| v. | § | Opinion by Justice Gabriel |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's order denying Robert Othella James Lewis's motion to suppress and the trial court's judgment and remand this case to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
       Justice Lee Gabriel